IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ERIC MATTHEW NEGRIN,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | |
| : | Case No. 5:22-cv-00248-MTT-CHW |
| **NURSE BETTY EVANS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____ : | |

### ORDER

Before the Court are two motions. In one, Plaintiff Eric Matthew Negrin renews his request for the appointment of counsel. (Doc. 24). For reasons previously stated, *see* (Doc. 21), Plaintiff's successive request for the appointment of counsel is **DENIED**.

In another motion, the Defendants jointly seek a fourteen-day extension of the dispositive motion deadline until April 18, 2023. (Doc. 25). For good cause shown, the Defendants' motion for extension is hereby **GRANTED**.

**SO ORDERED**, this 4th day of April, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1