IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC MATTHEW NEGRIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-248 (MTT) |
| | ) |
| NURSE BETTY EVANS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

United States Magistrate Judge Charles H. Weigle recommends granting the defendants' motion to dismiss (Doc. 18) and denying the defendants' motions for summary judgment (Docs. 29; 33) as moot. Doc. 38. Negrin did not respond to the motion to dismiss or motions for summary judgment.[1] *Id*. at 1. The Magistrate Judge concluded that Negrin's claims should be dismissed because he failed to exhaust his administrative remedies and his claims are barred by res judicata. *Id*. at 9.

Negrin does not object to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.[2] The Court finds none. Therefore, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 38) is **ADOPTED** and made the Order of the Court. Accordingly, the defendants' motion to

---

[1] The same day the defendants moved to dismiss the Court sent Negrin a *Griffith* notice advising him of the significance of the defendants' motion. Doc. 19. The Court also sent Negrin a *Griffith* notice the same day the defendants moved for summary judgment. Doc. 35.

[2] However, even if reviewed de novo, the result would be the same.

-2-

dismiss (Doc. 18) is **GRANTED**.  Furthermore, the defendants' motions for summary judgment (Docs. 29; 33) are **DENIED** as moot.

**SO ORDERED**, this 7th day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
